```
1
2   David Mincin, Esq.
    Nevada Bar No. 5427
    LAW OFFICES OF RICHARD MCKNIGHT, P.C.
3   330 S. Third Street #900
    Las Vegas, Nevada 89101
4   dmincin@lawlasvegas.com
    Phone: 702-388-7185
5   Fax: 702-388-4393
    *Attorney for Debtor*
6
7                     UNITED STATES BANKRUPTCY COURT
8                            DISTRICT OF NEVADA
9   Re                                    Case No.: BK-S-09-27109-BAM
10  JAMES L. HOUSTON and                  Chapter: 7
    CLARE L. HOUSTON,
11                                        Trustee: William A. Leonard
12              Debtor.
13                       CHANGE OF ADDRESS OF:
                              (X) DEBTOR
14                            ( ) CREDITOR
                              ( ) OTHER
15
16  I request that notice be sent to the following address:
17          James and Clare Houston
            ─────────────────────────
            Name
18          3300 S. Decatur, #12
            ─────────────────────────
            Address
19          Las Vegas,   Nevada   89102
            ─────────────────────────
            City       State     Zip Code
20  Please check one of the following:
21  X    The change of address is applicable only in the above captioned case.
22
23
24
25  / / /
26  / / /
27  / / /
28
                            Page 1 of 2
```

W:\2009\2794hous.ch7\Change Of Address...DMcb...10-19-09.wpd                October 19, 2009 (2:26pm)

1  ☐    The change of address is also applicable in the following related cases: (please list the case numbers) _____

3   DATED this 19th day of October 2009.

L<small>AW</small> O<small>FFICES OF</small> R<small>ICHARD</small> M<small>C</small>K<small>NIGHT</small>, P.C.

By:   /s/   David Mincin
      David Mincin, Esq.
      Nevada State Bar No. 5427
      330 S. Third Street #900
      Las Vegas, Nevada 89101
      *Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 19th day of October, 2009, service of a true and correct copy of the CHANGE OF ADDRESS OF: DEBTOR was made by:

**X**    ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

WILLIAM A LEONARD biff7tte@mindspring.com, ca46@ecfcbis.com

U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

GREGORY L. WILDE on behalf of Creditor WELLS FARGO bk@wildelaw.com

      /s/   Carol Burke
An Employee of Law Offices of Richard McKnight