```
WILDE & ASSOCIATES                          Electronically Filed on _____
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
```
**Attorney for Secured Creditor**

Wells Fargo Bank, N.A.
09-76532

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | BK09-27109-bam |
|---|---|
|  | Chapter 7 |
| James L. Houston and Clare L. Houston | NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY |
|  | HEARING DATE: 10/20/09 |
| Debtors. | HEARING TIME: 1:30pm |

PLEASE TAKE NOTICE that on the __29TH__ day of __OCTOBER__, 2009, the Order Vacating Automatic Stay was entered by the court.

DATED: __11/3/09__

                                          **WILDE & ASSOCIATES**

                                          By _K. Soduof #10235_

                                          GREGORY L. WILDE, ESQ.
                                          Attorney for Secured Creditor

Entered on Docket
October 29, 2009

Hon. Bruce A. Markell
United States Bankruptcy Judge

---

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-76532

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-S-09-27109-bam |
|---|---|
| James L. Houston and Clare L. Houston | Date: 10/20/09<br>Time: 1:30pm |
| Debtors. | Chapter 7 |

**ORDER VACATING AUTOMATIC STAY**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3  Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4

5  property, generally described as 3451 Blue Heather Drive, Las Vegas, NV 89129.

6  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall

7  give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

8  DATED this _____ day of _____2009

9  Submitted by:
   WILDE & ASSOCIATES
10

11 By /s/ GREGORY L. WILDE
   _____
12 GREGORY L. WILDE, ESQ.
   Attorney for Secured Creditor
13 208 South Jones Boulevard
   Las Vegas, Nevada 89107
14

15 APPROVED / DISAPPROVED

16 _____
   David Mincin
17 330 S. 3rd Street #900
   Las Vegas, NV 89101
18 Attorney for Debtor(s)

19

20 APPROVED / DISAPPROVED

21 _____
   William A. Leonard
22 5030 Paradise Road, #B216
   Las Vegas, NV  89119
23 Chapter 7 Trustee

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   __X__ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   __X__ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-76532

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-27109-bam |
| James L. Houston and Clare L. Houston | Date: 10/20/09<br>Time: 1:30pm |
| Debtors. | Chapter 7 |

### CERTIFICATE OF SERVICE

1. On __11/13/09__ I served the following documents(s):

NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

   X   a. ECF System

   David Mincin
   mcknightlaw@cox.net
   Attorney for Debtors

///

William A. Leonard
biff7tte@mindspring.com
Trustee

X **b. United States mail, postage fully prepaid:**

David Mincin
330 S. 3rd Street #900
Las Vegas, NV 89101
Attorney for Debtors

James L. Houston and Clare L. Houston
3451 Blue Heather Drive
Las Vegas, NV  89129
Debtors

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐    1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

N/A

☐    2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : _____11/13/09_____

_____
Employee of Wilde & Associates